# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

131636

DELORES M. HUFF and JACK HUFF,
       Plaintiffs-Appellants,

v

ANDRA ELLEN ABOU-JOUDEH,
       Defendant,

and

DOMINION OF CANADA GENERAL
INSURANCE COMPANY,
       Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131636
COA: 266120
St. Clair CC: 03-003205-NI

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on reconsideration granted of the issue whether personal jurisdiction may be exercised over the defendant as to the plaintiff's underinsured motorist coverage claim in light of the defendant's admission that it filed a certificate of compliance with the no-fault act pursuant to MCL 500.3163, and the policy provision that the "in court" alternative for "settling a claim" "may be decided in a lawsuit brought against us by you . . . in an Ontario court."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

_____
Clerk

p1129